**No. 49547.**—Protests 841651–G, etc., of O. Yoshizawa Co. (New York).

Opinion by TILSON, J.   From the record it was found that the hats are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith those imported and withdrawn for consumption prior to

the effective date of the Netherlands Trade Agreement were held dutiable at 25 percent under paragraph 1504 (b) (5), and those subsequent to said date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075.